UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER USUDE, | No. 2:15-cv-00301-AB(SSx) |
| Petitioner, | |
| v. | [PROPOSED] JUDGMENT |
| CORINA LUNA, United States Citizenship and Immigration Services Los Angeles Field Office, *et al.*, | |
| Respondents. | [Hon. André Birotte Jr.] |

The Court, having issued its Findings of Fact & Conclusions of Law on January 23, 2018 (Dkt. No. 106), hereby enters JUDGMENT in accordance therewith, and ORDERS that Petitioner's petition for review of Respondents' denial of his naturalization application is DENIED WITH PREJUDICE.

/ / /

1     The Clerk of Court is instructed to close the case.

2     IT IS SO ORDERED.



Dated: February 06, 2018

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE